## 59602. McGHEE v. STARR.

BANKE, Judge.

Plaintiff sued to recover various amounts of money and equipment allegedly loaned to and held by the defendant in numerous transactions over a 16-month period. The case was heard by the court without a jury and the plaintiff was awarded judgment in the amount of $8,345. Defendant contends on appeal that the evidence was insufficient to support the verdict. *Held:*

"This court has held that the 'any evidence' rule applies to a judge sitting without a jury, and his judgment will not be disturbed if there is any evidence in the record to sustain it." *McDaniel Printing Co. v. Ben Meadows Co.,* 144 Ga. App. 419, 420 (241 SE2d 58) (1977). The evidence presented to the trial court, though disputed, was sufficient.

*Judgment affirmed. McMurray, P. J., and Smith, J., concur.*

SUBMITTED MARCH 12, 1980 — DECIDED
APRIL 7, 1980.

*Sam F. Lowe, III, Sam F. Lowe, Jr.,* for appellant.
*John M. McCarter,* for appellee.